**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William F. Torpey<br>Marilyn E. Torpey<br><br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-14296 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC< as servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15 and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Matteo S. Weiner, Esquire**
    Matteo S. Weiner, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734