Certificate Number: 11760-PAE-DE-029711547

Bankruptcy Case Number: 17-14296



11760-PAE-DE-029711547

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2017, at 9:07 o'clock AM PDT, Marilyn Torpey completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 10, 2017            By:   /s/Jennifer L Walter

                                   Name: Jennifer L Walter

                                   Title: Teacher

Certificate Number: 11760-PAE-DE-029711546

Bankruptcy Case Number: 17-14296



11760-PAE-DE-029711546

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2017, at 9:07 o'clock AM PDT, William Torpey completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 10, 2017         By: /s/Jennifer L Walter

Name: Jennifer L Walter

Title: Teacher