United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William F. Torpey  
Marilyn E. Torpey  
    Debtors

Case No. 17-14296-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Christina　　Page 1 of 1　　Date Rcvd: Aug 25, 2017  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.  
db/jdb　　+William F. Torpey,　Marilyn E. Torpey,　201 Lewis Mills Road,　Honey Brook, PA 19344-9628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:  
　　GEORGE M. LUTZ　　on behalf of Joint Debtor Marilyn E. Torpey glutz@hvmllaw.com,
　　　amerkey@hvmllaw.com;r49419@notify.bestcase.com  
　　GEORGE M. LUTZ　　on behalf of Debtor William F. Torpey glutz@hvmllaw.com,
　　　amerkey@hvmllaw.com;r49419@notify.bestcase.com  
　　JEROME B. BLANK　　on behalf of Creditor　Wilmington Savings Fund Society, et. al. paeb@fedphe.com  
　　JILL MANUEL-COUGHLIN　　on behalf of Creditor　Specialized Loan Servicing, LLC jill@pkallc.com,
　　　chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
　　MATTEO SAMUEL WEINER　　on behalf of Creditor　Deutsche Bank National Trust Company, as Trustee
　　　for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15
　　　bkgroup@kmllawgroup.com  
　　MICHAEL H KALINER　　mhkaliner@gmail.com, pa35@ecfcbis.com  
　　THOMAS YOUNG.HAE SONG　　on behalf of Creditor　Wilmington Savings Fund Society, et. al.
　　　pa.bkecf@fedphe.com  
　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | |
| WILLIAM F. TORPEY | : | BK. No. 17-14296 JKF |
| MARILYN E. TORPEY | : | |
| Debtors | : | Chapter No. 07 |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY, | : | |
| FSB, D/B/A CHRISTIANA TRUST, NOT | : | |
| INDIVIDUALLY BUT AS TRUSTEE FOR | : | |
| PRETIUM MORTGAGE ACQUISITION TRUST | : | 11 U.S.C. §362(d)(4) |
| Movant | : | |
| v. | : | |
| WILLIAM F. TORPEY | : | |
| MARILYN E. TORPEY | : | |
| and | : | |
| MICHAEL H. KALINER, ESQUIRE (TRUSTEE) | : | |
| Respondents | | |

**ORDER GRANTING IN REM RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this 23rd day of August, 2017, at **PHILADELPHIA**, upon Motion of **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362(d)(4) is granted with respect to, **3301 SOUTH STREET, MORGANTOWN, PA 19543** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**ORDERED** that if any future bankruptcy cases are filed by these Debtors, or any other occupant or owner of the real property located at **3301 SOUTH STREET, MORGANTOWN, PA 19543**, within 2 years from the date of this order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to the real property located at **3301 SOUTH STREET, MORGANTOWN, PA 19543**.

**ORDERED** that in accordance with section 362(d)(4) that a certified copy of this order may be indexed and/or recorded with any governmental unit that accepts notices of interests or liens in real property.

JEAN K. FITZSIMON, BANKRUPTCY JUDGE