# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William F. Torpey<br>Marilyn E. Torpey<br>Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15<br>Movant<br>vs. | NO. 17-14296 JKF<br><br>11 U.S.C. Section 362 |
| William F. Torpey<br>Marilyn E. Torpey<br>Debtor(s) | |
| Michael H. Kaliner Esq.<br>Trustee | |

## ORDER

AND NOW, this 31st day of August, 2017, upon failure of Debtor(s) and the Trustee to file and answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 201 Lewis Mills Road, Honey Brook, PA 19344 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

William F. Torpey
201 Lewis Mills Road
Honey Brook, PA 19344

Marilyn E. Torpey
201 Lewis Mills Road
Honey Brook, PA 19344

George M. Lutz, Esq.
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard; Suite 301
P.O. Box 5828
Wyomissing, PA 19610

Michael H. Kaliner, Esq.
350 South Main Street
Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532