United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-14296-jkf
William F. Torpey                                               Chapter 7
Marilyn E. Torpey
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 31, 2017
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/jdb         +William F. Torpey,    Marilyn E. Torpey,    201 Lewis Mills Road,   Honey Brook, PA 19344-9628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
```
          GEORGE M. LUTZ    on behalf of Debtor William F. Torpey glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ    on behalf of Joint Debtor Marilyn E. Torpey glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    Specialized Loan Servicing, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15
           bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
           pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William F. Torpey<br>Marilyn E. Torpey<br>Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15<br>Movant<br>vs. | NO. 17-14296 JKF<br><br>11 U.S.C. Section 362 |
| William F. Torpey<br>Marilyn E. Torpey<br>Debtor(s) | |
| Michael H. Kaliner Esq.<br>Trustee | |

## ORDER

AND NOW, this 31st day of August, 2017, upon failure of Debtor(s) and the Trustee to file and answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 201 Lewis Mills Road, Honey Brook, PA 19344 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.~~

*[signature: Jean K. FitzSimon]*

United States Bankruptcy Judge.
Jean K. FitzSimon

William F. Torpey
201 Lewis Mills Road
Honey Brook, PA 19344

Marilyn E. Torpey
201 Lewis Mills Road
Honey Brook, PA 19344

George M. Lutz, Esq.
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard; Suite 301
P.O. Box 5828
Wyomissing, PA 19610

Michael H. Kaliner, Esq.
350 South Main Street
Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532