United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14296-jkf
William F. Torpey                                                   Chapter 7
Marilyn E. Torpey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett              Page 1 of 2                 Date Rcvd: Dec 14, 2017
                               Form ID: 139                 Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db/jdb         +William F. Torpey,    Marilyn E. Torpey,    201 Lewis Mills Road,    Honey Brook, PA 19344-9628
13938242       +AES,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13938243       +AES/PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
13938246       +AR RESOURCES INC,    1777 SENTRY PKWY,    Blue Bell, PA 19422-2206
13938247        ARS,    P.O. Box 459079,    Fort Lauderdale, FL 33345-9079
13938244       +Akron Billing Center,    2620 Ridgewood Street,    Suite 300,    Akron, OH 44313-3500
13938245        Alliance One,    PO Box 3040,    Southeastern, PA 19398-3040
13938249       +Brandywine Family Foot Care,    213 Reeceville Road,    Suite 13,    Coatesville, PA 19320-1539
13938252       +Charles Blosenski Disposal Co.,    265 Lippitt Road,    Honey Brook, PA 19344-9605
13938254        Coatesville Cardiology Clinic,    PO Box 9584,    Belfast, ME 04915-9584
13938256       +Commonwealth Financial Systems Inc,    120 N. Keyser Avenue,    Scranton, PA 18504-9701
13938259        Diversified Consultants, Inc.,    P.O. Box 1022,    Wixom, MI 48393-1022
13938260        Eltman Eltman & Cooper,    140 Broadway 26th Floor,    New York, NY 10005-1108
13938262       +Erie Insurance,    77 Hartland Street,    Suite 401,    East Hartford, CT 06108-3253
13938263       +FEDERAL LOAN SERVICING CREDIT,    PO BOX 60610,    Harrisburg, PA 17106-0610
13938265        Grange Insurance,    P.O. Box 182657,    Columbus, OH 43218-2657
13938266        HHRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
13938267       +Medical Data Systems,    2001 9th Avenue,    Suite 312,    Vero Beach, FL 32960-6413
13938268        Midland Funding LLC,    2011,    Warren, MI 48090
13938269        NNC,    245 Main Street,    Scranton, PA 18519-1641
13938270       +Northland Group Inc,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13938272       +PHEAA/HCB,    Attn: Bankruptcy,    1200 N. 7th Street, 3rd Floor,    Harrisburg, PA 17102-1444
13938274       +PPL Electric Utilities Inc.,    2 N. Ninth St., CPC-GENN1,    Allentown, PA 18101-1179
13938276       +SLS,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
13938277       +Snyder Petroleum Products,    PO Box 38,    Pomeroy, PA 19367-0038
13938278       +Sterling Credit Union,    PO Box 675,    Spring House, PA 19477-0675
13938279        Wallace & Wolitarsky Dental Assoc.,    401 West Main Street,    Elverson, PA 19520-9378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 15 2017 01:24:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2017 01:24:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13938248        EDI: ACCE.COM Dec 15 2017 01:13:00      Asset Acceptance, LLC,    P.O. Box 2036,
                 Warren, MI 48090-2036
13938250       +E-mail/Text: notices@burt-law.com Dec 15 2017 01:24:43     Burton Neil & Associates, P.C.,
                 1060 Andrew Dr Ste 170,    West Chester, PA 19380-5600
13938251        EDI: CAPITALONE.COM Dec 15 2017 01:13:00      Capital One,    P.O. Box 60024,
                 City of Industry, CA 91716-0024
13938253       +E-mail/Text: bankruptcycollections@citadelbanking.com Dec 15 2017 01:24:38
                 Citidel Federal Credit Union,    Attn: Collections/Bankruptcy,    520 Eagleview Boulevard,
                 Exton, PA 19341-1119
13938255        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 15 2017 01:24:39      Comcast,
                 P.O. Box 3006,    Southeastern, PA 19398-3006
13938258       +EDI: CCS.COM Dec 15 2017 01:13:00      Credit Collection Services,    PO Box 773,
                 Needham Heights, MA 02494-0918
13938257       +EDI: CCS.COM Dec 15 2017 01:13:00      Credit Collection Services,    Two Wells Avenue,
                 Dept 9135,    Newton, MA 02459-3225
13938261       +E-mail/Text: bknotice@erccollections.com Dec 15 2017 01:24:14     Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13938271       +E-mail/Text: blegal@phfa.org Dec 15 2017 01:24:13     PA Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101-1406
13938273        EDI: PRA.COM Dec 15 2017 01:13:00      Portfolio Recovery Assoc.,    P.O. Box 41067,
                 Norfolk, VA 23541
13977860        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:24:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
13938275       +E-mail/Text: bankruptcy@ldf-holdings.com Dec 15 2017 01:24:42     Radiant Cash,    PO Box 1183,
                 Lac Du Flambeau, WI 54538-1183
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13938241      ##+ACCOUNTS ADVOCATE AGENCY INC,    510 N PARK RDSTE 1,    WYOMISSING, PA 19610-2941
13938264      ##+Fisher, Inc.,    919 E. Willowgrove Avenue,    Glenside, PA 19038-7909
                                                                                               TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett             Page 2 of 2              Date Rcvd: Dec 14, 2017
                              Form ID: 139                Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
```
          GEORGE M. LUTZ    on behalf of Joint Debtor Marilyn E. Torpey glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ    on behalf of Debtor William F. Torpey glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    Specialized Loan Servicing, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15
           bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, et. al.
           pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  William F. Torpey and Marilyn E. Torpey
201 Lewis Mills Road
Honey Brook, PA 19344

Debtor(s)

Case No: 17−14296−jkf

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−7187
xxx−xx−4541

___

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 3/17/18

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 12/14/17

34
Form 139