UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
TORPEY, WILLIAM F. : Case No. 17-14296 JKF
TORPEY, MARILYN E. :
: Chapter 7 -- Liquidation
:
Debtor(s). :
:

## ORDER OF DISTRIBUTION

AND NOW, this __7th__ day of __January, 2020__ ~~2019~~, the Trustee __Michael Kaliner__, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred and twenty five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report.

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE