UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                            :
                                                  :
TORPEY, WILLIAM F.                                :    Case No. 17-14296 JKF
TORPEY, MARILYN E.                                :
                                                  :    Chapter 7 -- Liquidation
                                                  :
           Debtor(s).                             :
                                                  :

ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this  7th  day of  January, 2020  ~~2019~~, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE