UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

TORPEY, WILLIAM F.
TORPEY, MARILYN E.

Case No. 17-14296 JKF

Chapter 7 -- Liquidation

Debtor(s).

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __7th__ day of __January, 2020__, ~~2019~~, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $4,315.15 is reasonable compensation for the services in this case by MICHAEL H. KALINER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $25.19 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge