United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William F. Torpey  
Marilyn E. Torpey  
    Debtors

Case No. 17-14296-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 07, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.  
db/jdb     #+William F. Torpey,    Marilyn E. Torpey,    201 Lewis Mills Road,    Honey Brook, PA 19344-9628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:

        GEORGE M. LUTZ    on behalf of Joint Debtor Marilyn E. Torpey glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
        GEORGE M. LUTZ    on behalf of Debtor William F. Torpey glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
        JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com  
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    Specialized Loan Servicing, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing, LLC bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15 bkgroup@kmllawgroup.com  
        MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
        MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

TORPEY, WILLIAM F.
TORPEY, MARILYN E.

Case No. 17-14296 JKF

Chapter 7 -- Liquidation

Debtor(s).

## ORDER OF DISTRIBUTION

AND NOW, this 7th day of January, 2020 ~~2019~~, the Trustee Michael Kaliner, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred and twenty five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report.

*[Signature]*

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE