United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William F. Torpey  
Marilyn E. Torpey  
    Debtors

Case No. 17-14296-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jan 07, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.  
db/jdb     #+William F. Torpey,    Marilyn E. Torpey,    201 Lewis Mills Road,    Honey Brook, PA 19344-9628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:

         GEORGE M. LUTZ    on behalf of Joint Debtor Marilyn E. Torpey glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         GEORGE M. LUTZ    on behalf of Debtor William F. Torpey glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com  
         JILL    MANUEL-COUGHLIN    on behalf of Creditor    Specialized Loan Servicing, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing, LLC bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15 bkgroup@kmllawgroup.com  
         MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
         MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wilmington Savings Fund Society, et. al. paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                TOTAL: 10

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

TORPEY, WILLIAM F.
TORPEY, MARILYN E.

Case No. 17-14296 JKF

Chapter 7 -- Liquidation

Debtor(s).

ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 7th day of January, 2020 ~~2019~~, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE