United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-14296-jkf
William F. Torpey                                                           Chapter 7
Marilyn E. Torpey
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett          Page 1 of 1              Date Rcvd: Jan 07, 2020
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db/jdb         #+William F. Torpey,   Marilyn E. Torpey,   201 Lewis Mills Road,   Honey Brook, PA 19344-9628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
          GEORGE M. LUTZ    on behalf of Joint Debtor Marilyn E. Torpey glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ    on behalf of Debtor William F. Torpey glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor   Wilmington Savings Fund Society, et. al. paeb@fedphe.com
          JILL MANUEL-COUGHLIN   on behalf of Creditor   Specialized Loan Servicing, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Specialized Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
           for GSAA Home Equity Trust 2006-15, Asset Backed Certificates, Series 2006-15
           bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wilmington Savings Fund Society, et. al.
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 10

## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:                               :

                                    :

TORPEY, WILLIAM F.             :   **Case No. 17-14296 JKF**

TORPEY, MARILYN E.            :

                                    :   **Chapter 7 -- Liquidation**

                                    :

           Debtor(s).             :

                                    :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __7th__ day of ___January, 2020___, ~~2019~~, upon consideration of the

foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002

to all parties in interest, it is ORDERED, that the sum of $4,315.15 is reasonable compensation

for the services in this case by MICHAEL H. KALINER, trustee; that such sum does not exceed

the limitations prescribed by Section 326 of the Bankruptcy Code, that $25.19 is reasonable for

actual and necessary expenses advanced by the trustee; and that such sums are awarded to the

trustee.

By the Court,

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge