UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

TORPEY, WILLIAM F.
TORPEY, MARILYN E.

Case No. 17-14296 JKF

Chapter 7 -- Liquidation

Debtor(s).

Bankruptcy No.

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this        day of                    200 , upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
Bankruptcy Judge

**Date: February 18, 2020**